IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT CO., L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| REAGOR-DYKES AMARILLO, L.P., *et al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 5:18-CV-186-C |

## ORDER TO SHOW CAUSE

Defendants Reagor-Dykes Amarillo, L.P., Reagor-Dykes Auto Company, L.P., Reagor-Dykes Floydada, L.P., Reagor-Dykes Imports, L.P., Reagor-Dykes Motors, L.P., and Reagor-Dykes Plainview, L.P. filed a Suggestion of Bankruptcy on August 2, 2018. The Court takes judicial notice that on August 1, 2018, each of these Defendants filed petitions for bankruptcy under Chapter 11 of the United States Bankruptcy Code. Pursuant to Section 362 of the Bankruptcy Code, an automatic stay is now in effect as to these Defendants and the hearing scheduled for August 8, 2018, is **VACATED** as to each of these defendants.

The Court notes that Defendants Reagor-Dykes II, L.L.C., Reagor-Dykes Auto Mall I, L.L.C., Reagor-Dykes III, L.L.C., Bart Reagor, and Rick Dykes are not included in the Suggestion of Bankruptcy and do not appear to have filed any bankruptcy petitions in the United States Bankruptcy Court.

Therefore, the parties are **ORDERED TO SHOW CAUSE** why the hearing scheduled for August 8, 2018, should not also be vacated as to the named defendants not included in the Suggestion of Bankruptcy. Responses shall be filed by 10:00 a.m. on Monday, August 6, 2018.

SO ORDERED this 3rd day of August, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE