IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT CO., L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REAGOR-DYKES AMARILLO, L.P., *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:18-CV-186-C |

### **ORDER**

Defendants Reagor-Dykes Amarillo, L.P., Reagor-Dykes Auto Company, L.P., Reagor-Dykes Floydada, L.P., Reagor-Dykes Imports, L.P., Reagor-Dykes Motors, L.P., and Reagor-Dykes Plainview, L.P. filed a Suggestion of Bankruptcy on August 2, 2018. The Court takes judicial notice that on August 1, 2018, each of these Defendants filed petitions for bankruptcy under Chapter 11 of the United States Bankruptcy Code. Pursuant to Section 362 of the Bankruptcy Code, an automatic stay is now in effect as to these Defendants.

On August 3, 2018, the Court vacated the hearing on Plaintiff's Application for Writ of Sequestration as to these Defendants and ordered the remaining parties to show cause why the hearing should not be vacated in its entirety. Defendants Reagor-Dykes II, L.L.C., Reagor-Dykes Auto Mall I, L.L.C., Reagor-Dykes III, L.L.C., Bart Reagor, and Rick Dykes filed their Response to Order to Show Cause on August 6, 2018. Plaintiff Ford Motor Credit Company, LLC also filed its Response to Order to Show Cause on August 6, 2018. Having considered the foregoing, the Court finds that there is no need to proceed with Plaintiff's Application for Writ of Sequestration. Accordingly, the hearing set for August 8, 2018, is now **VACATED as to all**

**parties**. The Court declines Defendants' request to stay this action in its entirety for the reasons stated in Plaintiff's Response to Order to Show Cause.

IT IS ORDERED that Plaintiff's claims against Defendants Reagor-Dykes Amarillo, L.P., Reagor-Dykes Auto Company, L.P., Reagor-Dykes Floydada, L.P., Reagor-Dykes Imports, L.P., Reagor-Dykes Motors, L.P., and Reagor-Dykes Plainview, L.P. are **SEVERED** from the above-styled and -numbered civil action. To manage the Court's docket more efficiently, the newly-severed action is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened if the stay is lifted or the debtors are not discharged at the conclusion of the related bankruptcy proceeding.[1]

IT IS FURTHER ORDERED that Plaintiff shall file an amended complaint addressing any claims it wishes to pursue against the non-severed Defendants on or before August 17, 2018, and Defendants shall answer or otherwise respond to such amended complaint on or before August 31, 2018.

The Clerk of the Court shall forward a courtesy copy of this order to the Honorable Robert L. Jones, United States Bankruptcy Judge.

SO ORDERED this 6th day of August, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] A party may petition the Court to reopen the case to address any matter within the jurisdiction of this Court only by showing cause why such matter does not fall within the protections of the bankruptcy stay.