**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC,** § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No.: 5:18-cv-00186 | |
| § | | |
| **BART REAGOR AND RICK DYKES,** § | | |
| Defendants. § | | |

### DEFENDANTS' RULE 56(d) MOTION TO DEFER CONSIDERATION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO TAKE DISCOVERY

Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, Defendants Bart Reagor ("Reagor") and Rick Dykes ("Dykes") file this Motion to Defer Consideration of Plaintiff's Motion for Summary Judgment and to Take Discovery.  For the reasons set forth more fully in the accompanying brief in support of Defendants' Motion, Defendants respectfully request that this Court defer consideration of Plaintiff's Motion for Summary Judgment [ECF No. 28], and stay all briefing associated with Plaintiff's Motion for Summary Judgment, until Defendants have an opportunity to conduct discovery essential to justify their opposition to Plaintiff's Motion for Summary Judgment

Respectfully submitted,

*/s/ Marshall M. Searcy, Jr.*
Marshall M. Searcy, Jr.
State Bar No. 17955500
marshall.searcy@kellyhart.com
Scott R. Wiehle
State Bar No. 24043991
scott.wiehle@kellyhart.com
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Telephone:  (817) 332-2500
Telecopy:  (817) 878-9280

**ATTORNEYS FOR BART REAGOR**

*/s/ Tom Kirkendall*
Tom Kirkendall
State Bar No. 11517300
Law Office of Tom Kirkendall
2 Violetta Court
The Woodlands, Texas 77381-4550
Telephone: (281) 364-9946
Telecopy:  (888) 582-0646
bigtkirk@kir.com

**ATTORNEY FOR RICK DYKES**

2

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Ford Credit's counsel on January 24, 2019, regarding the relief sought by this motion. Ford Credit's counsel informed me on January 25, 2019, that Ford Credit is opposed to the motion. It is therefore submitted to the Court for consideration.

>/s/ Scott Wiehle
>Scott Wiehle

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing to be delivered to the following parties in accordance with the Federal Rules of Civil Procedure on January 25, 2019.

| | |
|---|---|
| Keith A. Langley | Craig A Leslie |
| Brandon K. Bains | Joanna Dickinson |
| Langley LLP | Phillips Lytle LLP |
| 1301 Solana Blvd | One Canalside |
| Bldg 1, Ste 1545 | 125 Main Street |
| Westlake, TX 76262 | Buffalo, NY 14203 |
| Email: klangley@l-llp.com | Email: cleslie@phillipslytle.com |
| Email: bbains@l-llp.com | Email: jdickinson@phillipslytle.com |

>/s/ Marshall M. Searcy, Jr.
>Marshall M. Searcy, Jr.