IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BART REAGOR and RICK DYKES, | ) ) ) |
| Defendants. | )   Civil Action No. 5:18-CV-186-C |

## CONSENT JUDGMENT

This matter comes before the Court on the First Amended Complaint filed by Plaintiff, Ford Motor Credit Company LLC ("Ford Credit"), against Defendants Bart Reagor and Rick Dykes, on August 17, 2018, and the Joint Motion for Entry of Consent Judgment filed by Ford Credit and Defendant Rick Dykes. Based upon the request of the Parties, and for good cause shown, the Court hereby finds, orders, adjudges, and decrees as follows:

1. This Court has jurisdiction over the Parties and subject matter of this action.

2. The Plaintiff, Ford Credit, is entitled to a judgment against the Defendant, Rick Dykes, in the principal amount of FIFTY EIGHT MILLION SEVEN HUNDRED TWELVE THOUSAND ($58,712,000.00) DOLLARS.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that judgment is rendered in favor of Ford Credit and against Defendant Rick Dykes in the amount of

$58,712,000.00, together with post-judgment interest at the rate of 2.41 percent per annum, pursuant to 28 U.S.C. § 1961(a), from the date of entry of this judgment until paid.

Dated this 2nd day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

Michael S. Goldberg
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
*Attorney for Plaintiff*
*Ford Motor Credit Company LLC*

Tom Kirkendall
Law Office of Tom Kirkendall
2 Violetta Ct.
The Woodlands, Texas 77381-4550
*Attorney for Defendant*
*Rick Dykes*