IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:18-cv-00186 |
| | § | |
| BART REAGOR AND RICK DYKES, | § | (Jury Trial Demanded) |
| | § | |
| *Defendants*. | § | |

## NOTICE OF WITHDRAWAL OF RICK DYKES FROM RESPONSE AND BRIEF TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE SAM R. CUMMINGS,
UNITED STATES DISTRICT JUDGE:

Rick Dykes, defendant in the above-captioned proceeding, files this Notice of Withdrawal from Response and Brief to Plaintiff's Motion for Summary Judgment.

1. Mr. Dykes and Plaintiff Ford Motor Credit Company, LLC ("Ford Credit") have reached a settlement under which Mr. Dykes granted Ford Credit a consent judgment in this civil action (Dkt #46).

2. Prior to the settlement, Mr. Dykes was a party to the Defendants' Response and Brief to Plaintiff's Motion for Summary Judgment (Dkt # 40). As a result of the settlement, Mr. Dykes withdraws (i) from Defendants' Response and Brief to Plaintiff's Motion for Summary Judgment, and (ii) his affidavit in support of Defendants' Response and Brief to Plaintiff's Motion for Summary Judgment (exhibit 5, dkt # 41).

        Respectfully submitted,

        */s/ Tom Kirkendall*
        Tom Kirkendall
        State Bar No. 11517300
        **LAW OFFICE OF TOM KIRKENDALL**
        2 Violetta Ct
        The Woodlands, Texas 77381-4550
        281.364.9946
        888.582.0646 (fax)
        bigtkirk@kir.com (email)

        **ATTORNEY-IN-CHARGE FOR**
        **RICK DYKES, DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument, was served on respective counsel for the other parties to this civil action via electronic transmission via the Court's ECF system on the 4th day of April, 2019.

        */s/ Tom Kirkendall*
        Tom Kirkendall