IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT CO., LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| BART REAGOR AND RICK DYKES, | ) |
| Defendants. | ) Civil Action No. 5:18-CV-186-C |

## ORDER

The Court hereby **ORDERS** that the Court's trial setting of October 1, 2019, be **VACATED** and that this civil action be rescheduled for trial at 9:00 a.m. on October 2, 2019, in the United States District Courtroom, Lubbock, Texas.

SO ORDERED this 19th day of September, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE